**Ernest A. LARCH, Plaintiff–Appellant,**

v.

**George GINTOLI; Russel Huges; Bren-
da Young–Rice; South Carolina De-
partment of Mental Health, Defen-
dants–Appellees.**

**Paul Newman Allen, Plaintiff–
Appellant,**

v.

**George Gintoli; Russel Huges; Brenda
Young–Rice; South Carolina Depart-
ment of Mental Health, Defendants–
Appellees.**

Benny Barfield, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

Alvin R. Wilson, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

James Hughes, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

Rufus L. Belding, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

James Robert Bennington, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

John F. Kennedy, Plaintiff–Appellant,

v.

George Gintoli; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

Jimmy Wortham, Plaintiff–Appellant,

v.

George GINTOLI; Russel Huges; Brenda Young–Rice; South Carolina Department of Mental Health, Defendants–Appellees.

No. 04–1910, 04–1911, 04–1912, 04–1913, 04–1914, 04–1915, 04–1916, 04–1917, 04–1918.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2004.

Decided: Sept. 14, 2004.

Ernest A. Larch, Paul Newman Allen, Benny Barfield, Alvin R. Wilson, James Hughes, Rufus L. Belding, James Robert Bennington, John F. Kennedy, Jimmy Wortham, Appellants pro se.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Ernest A. Larch, Paul Newman Allen, Benny Bar-

field, Alvin R. Wilson, James Hughes, Rufus L. Belding, James Robert Bennington, John F. Kennedy, and Jimmy Wortham appeal a district court order denying their motions to join as plaintiffs in another lawsuit. We dismiss all the appeals for lack of jurisdiction because the order is interlocutory and not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order appealed here is neither final nor an appealable interlocutory or collateral order.

We therefore dismiss the appeals as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*